UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
Janaela Laquisha Page ) Case No. __10-34115-elp7__
 )
 ) CHANGE OF ADDRESS; OR,
 ) IF <u>NOT</u> DONE BY DEBTOR,
Debtor(s) ) ADDITION OF INTERESTED PARTY

I, THE UNDERSIGNED, CERTIFY THE FOLLOWING IS TRUE AND CORRECT:

1. The address of *ONLY* _____**CACH, LLC**_____ must be changed or added.
     (TYPE OR PRINT NAME)

2. The address change or additions for the party named in pt. 1 should be made as follows (CHECK *ONLY* <u>ONE</u>):

☐ a. CHANGE FOR <u>BOTH</u> DEBTORS (i.e., both debtors' addresses will be changed even if they currently have different addresses and only one debtor is named in pt. 1);

☐ b. CHANGE FOR <u>ONLY</u> *ONE* DEBTOR [i.e., only address of the debtor named in pt. 1 (or husband if both names appear in a joint case) will be changed];

☐ c. CHANGE FOR <u>ONLY</u> *JOINT* DEBTOR [i.e., only address of joint debtor (wife) will be changed even if both names appear in pt. 1];

☐ d. CHANGE FOR DEBTOR'S ATTORNEY;

☒ e. CHANGE FOR CREDITOR OR OTHER INTERESTED PARTY
[NOTE: An address change submitted by the debtor will result in the inclusion of a supplemental address for the creditor if it is different from one provided by the creditor on a proof of claim]; or

☐ f. <u>ADDITION</u> OF CREDITOR OR OTHER INTERESTED PARTY TO MAILING LIST
[NOTE: This form is <u>ONLY</u> for use by the <u>PARTY</u> whose address is being ADDED. LBF #728 must be used if the debtor needs to add such party.].

3. [Must be completed if 2a, 2b, 2c, 2d or 2e above was checked] The entity's old address as shown in the case file is: **CACH LLC, 30 17th Street Ste. 5000, Denver CO 80202**

4. The entity's NEW address *AND* PHONE # is: **CACH LLC, 4340 S. Monaco, Second Floor Denver, CO 80237 Telephone: 303.296.3345**

DATED: __05/26/10__

**SIGNATURE

John Paul Beck  092800
TYPE OR PRINT SIGNER'S NAME OSB # (if atty.)

(503) 970-1844
SIGNER'S PHONE # AND RELATION TO CASE

**NOTE: THIS FORM MUST BE SIGNED AND WILL BE EFFECTIVE IMMEDIATELY!

101 (1/1/08)

**John Paul Beck, Attorney at Law LLC**
7630 SW Hood Ave., Portland, OR 97219
(503) 970-1844, john@johnpaulbeck.com

2010 MAY 28 PM 1: 19

May 26, 2010

U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204

To whom it may concern,

I have an order to allow paper filing in pro bono cases until I'm registered with the court's ECF system.

I have included LBF 101 to change a creditor's address. This letter was returned to my address. I located a new address for the creditor and forwarded the 341 notice to them. I have included a copy of the returned letter.

Please feel free to contact me with any questions.

Thank you,

John Paul Beck

SUN-62805 0979-3 B9A 10-34115
John Beck
7630 SW Hood Ave
Portland, OR 97219

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

054579 2042 1 SP 0440 80202 01 6495-0-54579
Cach LLC
30 17th Strete Ste. 5000
Denver, CO 80202

NIXIE        802    DE 1        00   05/14/10
              RETURN TO SENDER
              UNCLAIMED
              UNABLE TO FORWARD

BC: 9721929343O              *1660-01153-14-10

9721902934