B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **Janaela Laquisha Page**
                                             Debtor

Case No.  **10-34115**

Chapter  **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 13,355.32 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 58,202.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,276.45 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,273.00 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 13,355.32 | | |
| Total Liabilities | | | | 58,202.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **Janaela Laquisha Page**

Debtor

Case No. __10-34115__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 28,223.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 28,223.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,276.45 |
| Average Expenses (from Schedule J, Line 18) | 1,273.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,411.02 |

**State the following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | 0.00 |
| 4. Total from Schedule F | 58,202.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | 58,202.00 |

B6B (Official Form 6B) (12/07)

In re  **Janaela Laquisha Page**                                                     Case No. __10-34115__
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | $ 2.00<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 2.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | $ 1171.69 ($ 976.69 available balance. $194.99 in transactions registered by card but not posted to account)<br>Account # xxxxxxxxx5409<br>Upside<br>Meta Bank<br>2500 S Minnisota Ave<br>Sioux Falls, SD 57105 | - | 1,171.69 |
| | | Unemployment Insurance card<br>$ 326.45 - Shown available balance on 5/5<br>$ 653.27 - 5/5 reconciled balance<br>$ 271.49 - 5/6 reconciled balance<br>Account<br>Reliacard<br>PO Box 1481<br>Madison, WI 53701 | - | 271.49 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Toaster<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 2.50 |
| | | HP Printer<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 20.00 |
| | | Washer - old - leaks badly<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 5.00 |
| | | Dryer - old<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 50.00 |

                                                                    Sub-Total >        1,522.68
                                                                    (Total of this page)

__5__ continuation sheets attached to the Schedule of Personal Property

In re  Janaela Laquisha Page , Case No. __10-34115__
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Microwave<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 20.00 |
| | | Blender<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 5.00 |
| | | Small Hand Mixer<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 2.50 |
| | | Canned Food.<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 5.00 |
| | | George Foreman Grill<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 10.00 |
| | | Deep Fryer<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 10.00 |
| | | Wood Shelves - home made | - | 25.00 |
| | | Dresser w/ Mirrors<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 100.00 |
| | | Bed - Queen Size<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 30.00 |
| | | Bedding<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 20.00 |
| | | Television - Broken<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 20.00 |
| | | lamp<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 3.00 |
| | | Small Radio<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 4.00 |

Sub-Total >    254.50
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Janaela Laquisha Page**                                      ,    Case No.  __10-34115__
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Iron<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 2.00 |
| | | Daughters possessions - Toys, clothes, bedding, playpen, Twin Bed, Stuffed animals, stoller. | - | 100.00 |
| | | Table and 2 chairs<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 30.00 |
| | | Sofa<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 200.00 |
| | | TV Stand<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 20.00 |
| | | DVD player<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 5.00 |
| | | Small Heater<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 4.00 |
| | | Computer Desk<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 20.00 |
| | | Hair Cair Equiptment - Blowdryer, Curling irons, Pressing comb.<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 20.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Used Text Books - 10 - old<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 50.00 |
| | | Photo Albums<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 5.00 |
| | | Picture Frames<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 10.00 |

Sub-Total >    466.00
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Janaela Laquisha Page**                                   Case No. __**10-34115**__
                               Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | DVDs and VHS movies<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | - | 100.00 |
| | | Daughter's - Children's Books<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 50.00 |
| 6. Wearing apparel. | | Personal Clothing.<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 200.00 |
| 7. Furs and jewelry. | | Class Ring<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 25.00 |
| | | Gold Hoop Earrings<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 20.00 |
| | | Daughter's earrings and gold neclace<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 20.00 |
| | | Assorted costume jewelry.<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 10.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | North Carolina Teachers' and State Employees' Retirement System.<br>401(a) Designed benefit plan. | - | 7,082.82 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

                                                                  Sub-Total >        **7,507.82**
                                                              (Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re  **Janaela Laquisha Page**                                    ,        Case No. __10-34115__
                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Janaela Laquisha Page**, Case No. **10-34115**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Suzuki Forenza<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 2,987.50 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | CPAP Machine<br>Location: 7225 NE 6th Ave, Portland OR 97211 | - | 300.00 |
| | | Unpaid Wages<br>Location: Trillium Family Services, 3415 Southeast Powell Boulevard, Portland, OR 97202<br><br>$235.06 end of day 5/5<br>$316.82 end of day 5/6 | - | 316.82 |

Sub-Total > **3,604.32**
(Total of this page)
Total > **13,355.32**

Sheet **5** of **5** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re  Janaela Laquisha Page                                ,     Case No. __10-34115__
                           Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| $ 1171.69 ($ 976.69 available balance. $194.99 in transactions registered by card but not posted to account)<br>Account # xxxxxxxxx5409<br>Upside<br>Meta Bank<br>2500 S Minnisota Ave<br>Sioux Falls, SD 57105 | ORS § 18.345(1)(n) | 1,171.69 | 1,171.69 |
| Unemployment Insurance card<br>$ 326.45 - Shown available balance on 5/5<br>$ 653.27 - 5/5 reconciled balance<br>$ 271.49 - 5/6 reconciled balance<br>Account<br>Reliacard<br>PO Box 1481<br>Madison, WI 53701 | ORS § 18.345(1)(o) If trustee determines more than $533 use ORS 657.855. (75% exempt) | 271.49 | 271.49 |
| **Household Goods and Furnishings**<br>Toaster<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 2.50 | 2.50 |
| HP Printer<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 20.00 | 20.00 |
| Washer - old - leaks badly<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 5.00 | 5.00 |
| Dryer - old<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 50.00 | 50.00 |
| Microwave<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 20.00 | 20.00 |
| Blender<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 5.00 | 5.00 |
| Small Hand Mixer<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 2.50 | 2.50 |
| Canned Food.<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 5.00 | 5.00 |

__3__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re  Janaela Laquisha Page                                              Case No. __10-34115__
                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| George Foreman Grill<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 10.00 | 10.00 |
| Deep Fryer<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 10.00 | 10.00 |
| Wood Shelves - home made | ORS § 18.345(1)(f) | 25.00 | 25.00 |
| Dresser w/ Mirrors<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 100.00 | 100.00 |
| Bed - Queen Size<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 30.00 | 30.00 |
| Bedding<br>Location: 7225 NE 6th Ave, Portland OR 97211 | ORS § 18.345(1)(f) | 20.00 | 20.00 |
| Television - Broken<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 20.00 | 20.00 |
| lamp<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 3.00 | 3.00 |
| Small Radio<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 4.00 | 4.00 |
| Iron<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 2.00 | 2.00 |
| Daughters possessions - Toys, clothes, bedding, playpen, Twin Bed, Stuffed animals, stoller. | ORS § 18.345(1)(f) | 100.00 | 100.00 |
| Table and 2 chairs<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 30.00 | 30.00 |
| Sofa<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 200.00 | 200.00 |
| TV Stand<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 20.00 | 20.00 |
| DVD player<br>Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 5.00 | 5.00 |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re  Janaela Laquisha Page
                          Debtor

Case No. __10-34115__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Small Heater** <br> Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 4.00 | 4.00 |
| **Computer Desk** <br> Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(f) | 20.00 | 20.00 |
| **Hair Cair Equiptment - Blowdryer, Curling irons, Pressing comb.** <br> Location: 7225 NE 6th Ave, Portland OR 97211 | ORS § 18.345(1)(f) | 20.00 | 20.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> Used Text Books - 10 - old <br> Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(a) | 50.00 | 50.00 |
| **Photo Albums** <br> Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(a) | 5.00 | 5.00 |
| **Picture Frames** <br> Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(a) | 10.00 | 10.00 |
| **DVDs and VHS movies** <br> Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 | ORS § 18.345(1)(a) | 100.00 | 100.00 |
| **Daughter's - Children's Books** <br> Location: 1314 N Schmeer Rd. Unit 20-b, Portland OR 97217 <br> Location: 7225 NE 6th Ave, Portland OR 97211 | ORS § 18.345(1)(a) | 50.00 | 50.00 |
| **Wearing Apparel** <br> Personal Clothing. <br> Location: 7225 NE 6th Ave, Portland OR 97211 | ORS § 18.345(1)(b) | 200.00 | 200.00 |
| **Furs and Jewelry** <br> Class Ring <br> Location: 7225 NE 6th Ave, Portland OR 97211 | ORS § 18.345(1)(b) | 25.00 | 25.00 |
| **Gold Hoop Earrings** <br> Location: 7225 NE 6th Ave, Portland OR 97211 | ORS § 18.345(1)(b) | 20.00 | 20.00 |
| **Daughter's earrings and gold neclace** <br> Location: 7225 NE 6th Ave, Portland OR 97211 | ORS § 18.345(1)(b) | 20.00 | 20.00 |
| **Assorted costume jewelry.** <br> Location: 7225 NE 6th Ave, Portland OR 97211 | ORS § 18.345(1)(b) | 10.00 | 10.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> North Carolina Teachers' and State Employees' Retirement System. <br> 401(a) Designed benefit plan. | ORS § 18.358 | 7,082.82 | 7,082.82 |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re  **Janaela Laquisha Page**                          ,  Case No. __**10-34115**__
                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2006 Suzuki Forenza <br> Location: 7225 NE 6th Ave, Portland OR 97211 | ORS § 18.345(1)(d) | 2,987.50 | 5,975.00 |
| **Other Personal Property of Any Kind Not Already Listed** <br> CPAP Machine <br> Location: 7225 NE 6th Ave, Portland OR 97211 | ORS § 18.345(1)(h) | 300.00 | 300.00 |
| Unpaid Wages <br> Location: Trillium Family Services, 3415 Southeast Powell Boulevard, Portland, OR 97202 <br><br> $235.06 end of day 5/5 <br> $316.82 end of day 5/6 | ORS § 18.385 | 316.82 | 316.82 |
| | Total: | 13,353.32 | 16,340.82 |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Property Claimed as Exempt

# United States Bankruptcy Court
### District of Oregon

In re   **Janaela Laquisha Page**                              Case No.   **10-34115**

                              Debtor(s)                        Chapter    **7**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __**12**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **6/8/2010**               Signature   _/s/ Janaela Laquisha Page_
                                              Janaela Laquisha Page
                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.